IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


TERA HARRIS,                                      No. 3:18-cv-01902-SB

               Plaintiff,                   ORDER

     v.

CITY OF PORTLAND, CITY OF
PORTLAND POLICE DEPARTMENT,

               Defendants.


HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation [12] on April 5, 2019, in which she recommends that the Court dismiss Plaintiff's Amended Complaint [11]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [12]. Accordingly, Plaintiff's Amended Complaint [11] is dismissed. Plaintiff may file an amended complaint within thirty days of the date of this order. If Plaintiff fails to file an amended complaint curing the noted deficiencies within thirty days, this case will be dismissed with prejudice. The Clerk's Office is directed to withhold issuance of any summons until further order of the Court.

IT IS SO ORDERED.

DATED this 14 day of June, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge