IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TERA HARRIS,

    Plaintiff,

v.

SCOTT P. BOUGHTON, TRAVIS W. LAW, DEREK L. CARMAN, CITY OF PORTLAND POLICE DEPARTMENT,

    Defendants.

No. 3:18-cv-01902-SB

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation [20] on August 23, 2019, in which she recommends that the Court dismiss Plaintiff's Second Amended Complaint [19] with prejudice. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [20]. Accordingly, Plaintiff's Second Amended Complaint [19] is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 14 day of Oct, 2019.

                                                                     MARCO A. HERNÁNDEZ
                                                                     United States District Judge